MARGARET J. NIELSEN, as Administratrix of the Estate of GEORGE W. NIELSEN, Deceased, Respondent, v. CHARLES F. VACHRIS, INC., Appellant, and HARRIS STRUCTURAL STEEL CO., INC., Impleaded Defendant, Respondent.— Appeal by defendant Charles F. Vachris, Inc., from an amended judgment in favor of plaintiff, entered on the verdict of a jury, which amended judgment also dismisses the cross complaint of appellant against the impleaded defendant. Amended judgment unanimously affirmed, with costs. No opinion. Appeal

from original judgment dismissed, without costs. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.